934

No. 01–5722. DALLAS v. GAMBLE, WARDEN, ET AL. C. A. 7th Cir. Certiorari denied.

No. 01–5724. ECKENRODE v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 01–5725. CROSBY v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 01–5728. BRACKEN v. DORMIRE, SUPERINTENDENT, JEFFERSON CITY CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 01–5729. BERRIOS v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 01–5732. DAVIS v. STERNES, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 01–5733. CUNACA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 01–5739. JOHNSON v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 01–5743. BARKLEY v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–5744. THOMAS v. DUKES, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 01–5745. TALLEY v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 01–5747. KENNEDY v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 01–5748. MALDONADO-HERNANDEZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 01–5749. ANDERSON v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 01–5752. BLAGOUE v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–5753. ABIGANTUS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.